| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>United States Attorney | **E-Filing** |
| 2 | |
| MARK L. KROTOSKI (CSBN 138549) | |
| 3  Chief, Criminal Division | |
| 4  SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney | **FILED** |
| 5 | |
| 150 Almaden Blvd., Suite 900 | JUN 2 7 2006 |
| 6  San Jose, California 95113<br>Telephone: (408) 535-5056 | RICHARD W. WIEKING |
| 7  FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov | CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>        Plaintiff,                        )<br>                                          )<br>    v.                                    )<br>                                          )<br>AMADOR MEZA-SANCHEZ,                      )<br>                                          )<br>        Defendant.                        )<br>                                          )<br>_____) | No. 06-70321 RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

On June 22, 2006, the parties in this case appeared before the Court for an arraignment. At the appearance, Assistant United States Attorney Susan Knight informed the Court that the parties were exploring a pre-indictment resolution of the case and asked for a continuance to June 29, 2006 at 1:30 p.m. In addition, the defendant, through his counsel, Victor Campos, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 22, 2006 to June 29, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____<br>VICTOR M. CAMPOS<br>Counsel for Mr. Meza-Sanchez |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to June 29, 2006 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 22, 2006 to June 29, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/27/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 05-70321 RS

2