KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00452 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| | ) | |
| AMADOR MEZA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |
| | ) | |
| _____ | ) | |

On June 29, 2006, the parties in this case appeared before the Court for an arraignment. After

the defendant was arraigned on an indictment and entered a not guilty plea, the parties jointly

requested that an initial appearance be scheduled before the Honorable James Ware on

September 11, 2006.  The parties requested such a date because Victor Campos, who represents

the defendant, is unavailable due to his state-court schedule and an upcoming vacation.

Furthermore, Mr. Campos needs time to provide mitigating information to the government.

In addition, the defendant, through Mr. Campos, agreed to an exclusion of time under the Speedy

Trial Act from June 29, 2006 to September 11, 2006.  The parties agree and stipulate that an

1  exclusion of time is appropriate based on the defendant's need for continuity and effective

2  preparation of counsel.

3  SO STIPULATED:                        KEVIN V. RYAN
                                         United States Attorney
4

5  DATED:_____          _____/s/_____

6                                         SUSAN KNIGHT
                                          Assistant United States Attorney
7

8  DATED:_____          _____/s/_____
                                          VICTOR M. CAMPOS
                                          Counsel for Mr. Meza-Sanchez
9

10        Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act

11  from June 29, 2006 to September 11, 2006.  The Court finds, based on the aforementioned

12  reasons, that the ends of justice served by granting the requested continuance outweigh the best

13  interest of the public and the defendant in a speedy trial.  The failure to grant the requested

14  continuance would deny defense counsel reasonable time necessary for effective preparation,

15  taking into account the exercise of due diligence, and would result in a miscarriage of justice.

16  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

17  3161(h)(8)(A) and (B)(iv).

18  SO ORDERED.

19
    DATED:_ 8/8/06 _____
20                                         _____
                                           HOWARD R. LLOYD
21                                         United States Magistrate Judge

22

23

24

25

26

27

28