1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13   UNITED STATES OF AMERICA,        )   No. 06-00452 JW
                                      )
14          Plaintiff,                )
                                      )
15          v.                        )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING HEARING DATE
16   AMADOR MEZA-SANCHEZ,              )   AND EXCLUDING TIME
                                      )
17          Defendant.                )
                                      )
18   _____)   SAN JOSE VENUE
                                      )
19

20

21        The undersigned parties respectfully request that the status hearing in the above-captioned

22   matter be continued from Monday, September 11, 2006 to Monday, October 2, 2006.  The reason

23   for the continuance is that Victor Campos, who represents the defendant, is unavailable due to a

24   lengthy preliminary hearing in state court.  In addition, the parties request an exclusion of time

25   under the Speedy Trial Act from September 11, 2006 to October 2, 2006.  The parties agree and

26   stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and

27   effective preparation of counsel.

28   //

1    SO STIPULATED:                           KEVIN V. RYAN
                                              United States Attorney
2

3    DATED: September 7, 2006                 _____/s/_____
                                              SUSAN KNIGHT
4                                             Assistant United States Attorney

5
     DATED: September 7, 2006                 _____/s/_____
6                                             VICTOR M. CAMPOS
                                              Counsel for Mr. Meza-Sanchez
7

8        Accordingly, the Court HEREBY ORDERS that the status hearing scheduled for September

9    11, 2006 is continued to October 2, 2006.

10       The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

11   September 11, 2006 to October 2, 2006.  The Court finds, based on the aforementioned reasons,

12   that the ends of justice served by granting the requested continuance outweigh the best interest of

13   the public and the defendant in a speedy trial.  The failure to grant the requested continuance

14   would deny defense counsel reasonable time necessary for effective preparation, taking into

15   account the exercise of due diligence, and would result in a miscarriage of justice.  The Court

16   therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)

17   and (B)(iv).

18   SO ORDERED.

19   DATED:____9/6/06_____         _____

20                                    JAMES WARE
                                      United States District Judge
21

22

23

24

25

26

27

28